UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

KIMBEL A. LE MAUX, et al.

         Defendants.

NO. CR. S-90-117 WBS

ORDER

----oo0oo----

IT IS HEREBY ORDERED that a copy of the Addendum to Presentence Report of defendant Le Maux, dated November 6, 1991, together with the transcript of proceedings held in this action on November 8, 1991, be sent to the Bureau of Prisons, in accordance with this court's order made in open court on the record at the time of the sentencing hearing on November 8, 1991.

DATED: August 7, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1