UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KIMBEL A. LE MAUX, et al.

        Defendants.

NO. CR. S-90-117 WBS

ORDER

----oo0oo----

     The court has received a request from Dwight C. Worden, who purports to be acting on behalf of defendant Kimbel A. Le Maux, complaining of a "secret letter" from Gary Neal allegedly placed in LeMaux's BOP Center file.  Although Mr. Worden's request attaches a communication from Mr. Le Maux to him, the request was not filed by Le Maux himself.

     First, there is no showing that Mr. Worden is an attorney authorized to practice in this court.  Second, there is no showing that this court has any authority to order the Bureau of Prisons to remove documents from its files.  For those reason,

1

the relief requested in the document filed by Dwight C. Worden on September 18, 2006 is DENIED.

DATED:  October 5, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2